# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:13-cv-01171-LJO-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Plaintiff Frederick Johnson, proceeding pro se filed a complaint and application to proceed in forma pauperis in this action on July 26, 2013. (ECF No. 1.) On August 23, 2013, the undersigned screened the complaint and issued an order directing Plaintiff to file an amended complaint and complete and return the long form application to proceed in forma pauperis or pay the filing fee within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the court's order. As a result, the filing fee has not been paid in this action and there is no pleading on file which sets forth any claims upon which relief may be granted.

In the August 23, 2013 order, Plaintiff was advised that failure to file an amended complaint would result in this action being dismissed for failure to state a claim. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, with prejudice, for Plaintiff's

1 failure to state a claim.

2 These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within fourteen (14) days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district judge's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.  1991).

IT IS SO ORDERED.

Dated:    **September 26, 2013**

UNITED STATES MAGISTRATE JUDGE