# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JOHNSON, | Case No. 1:13-cv-01171-LJO-SAB |
| Plaintiff, | ORDER ON FINDINGS AND RECOMMENDATION AND ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| | (ECF Nos. 5, 6) |
| Defendants. | THIRTY-DAY DEADLINE |

The complaint in this action was filed on July 26, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 23, 2013, the complaint was dismissed with leave to amend for failure to state a claim.  In the August 23, 2013 order, Plaintiff was ordered to file an amended complaint and application for in forma pauperis status or pay the filing fee within thirty days.  Plaintiff failed to comply or otherwise respond to the August 23, 2013 order.  On September 27, 2013, the magistrate judge issued a findings and recommendation recommending this action be dismissed for Plaintiff's failure to comply with the order.  Plaintiff filed an objection and submitted the $400.00 filing fee on October 15, 2013.

Based upon Plaintiff's submission of the filing fee and statement that he is needs additional time to file his amended complaint, the Court declines to adopt the findings and

1

recommendation. Plaintiff shall be granted thirty days in which to file his amended complaint. However, Plaintiff is advised that no further continuances will be granted without a showing of good cause prior to the expiration of the deadline.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Court DECLINES to adopt the findings and recommendations (ECF No. 5);
2. Plaintiff shall file an amended complaint within thirty days from the date of service of this order;
3. Plaintiff's failure to file an amended complaint in compliance with this order will result in this action being dismissed with prejudice;
4. Plaintiff's motion to proceed informa pauperis, filed July 26, 2013 is DENIED as moot; and
5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 17, 2013**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE